IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 24-10145-01-JWB |
| | ) | |
| TYLER DEVANEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## UNITED STATES' MOTION TO DISMISS

Comes now the United States of America, by and through its attorney Debra L. Barnett, Assistant United States Attorney for the District of Kansas, and moves this Court, pursuant to Fed. R. Crim. P. 48(a), to dismiss without prejudice the Indictment pending in this case against this defendant.

Counsel for the defendant has been advised of this motion and does not object.

Respectfully Submitted,

DUSTON J. SLINKARD
Acting United States Attorney

 /s/ Debra L. Barnett
DEBRA L. BARNETT,
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
debra.barnett@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
